NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: NICK C. KRAVITCH,**

*Appellant*

---

2017-2208

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/074,935.

---

## JUDGMENT

---

JOHN MINOR ADAMS, Price & Adams PC, Pittsburgh, PA, argued for appellant.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, MARY L. KELLY, THOMAS W. KRAUSE, MOLLY R. SILFEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 7, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |